UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR09-273-JCC |
| | ) | |
| v. | ) | **PROPOSED FINDINGS OF FACT** |
| | ) | **AND DETERMINATION AS TO** |
| JEFF REYES-MEJIRA, | ) | **ALLEGED VIOLATIONS OF** |
| | ) | **SUPERVISED RELEASE** |
| Defendant. | ) | |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on January 11,

2009. The defendant appeared pursuant to a summons issued in this case. The United States

was represented by Annette Hayes, and defendant was represented by Paula Deutsch. Also

present was U.S. Probation Officer Jonathan Ishii. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on February 6, 2009 in the Southern District of California for the

transportation of an illegal alien. He received three years of supervised release. Mr. Reyes-

Mejia commenced his probation term on February 6, 2009. On June 6, 2009, Mr. Reyes-Mejia's

probation was transferred from the Southern District of California to the Western District of

Washington. On August 15, 2009, jurisdiction of this case was transferred to the Western

District of Washington. His probation is currently scheduled to expire on February 5, 2012.

PRESENTLY ALLEGED VIOLATIONS

In a petition dated December 2, 2009, U.S. Probation Officer Jonathan Ishii alleged that defendant violated the following conditions of supervised release:

(1)       Failing to comply with the home confinement program since June 29, 2009, in violation of the special condition requiring he comply with conditions of the Home Confinement Program for a period of 6 months.

FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing January 29, 2010 at 9:00 a.m. before District Judge John C. Coughenour.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 11th day of January, 2010.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge